# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**LATRONE A. HICKS**                                                               **PETITIONER**

**VS.**                         **2:16-CV-00146-KGB-JTR**

**C V RIVERA, Warden,**
**FCI – Forrest City**                                                             **RESPONDENT**

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

## I. Discussion

On November 7, 2016, Petitioner, Latrone A. Hicks ("Hicks") filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. *Doc. 1*. Because Hicks did not pay the $5.00 filing fee or file a Motion to Proceed *In Forma Pauperis*, the Court did not order service of the Petition.

On November 9, 2016, the Court entered an Order giving Hicks until December 12, 2016, to either: (1) pay the $5.00 filing fee in full; or (2) a file a properly completed Application to Proceed *In Forma Pauperis*. *Doc. 2*. The Court advised Hicks that if he failed "to timely and properly comply with this Order," his habeas action would "be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2)." *Id.*

As of the date of this Recommended Disposition, Hicks has neither paid the filing fee nor filed an Application to Proceed *In Forma Pauperis*. Thus, the Court recommends that this case be dismissed, without prejudice, due to Hicks's failure to comply with Local Rule 5.5(c)(2).

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT the Petition for a Writ of Habeas Corpus be DISMISSED, WITHOUT PREJUDICE.

Dated this 20th day of December, 2016.

                                                                     _____
                                                                     UNITED STATES MAGISTRATE JUDGE