# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

LATRONE A. HICKS                                                           PETITIONER

v.                       Case No. 2:16-cv-00146 KGB/JTR

C V RIVERA, Warden,
FCI – Forrest City                                                 RESPONDENT

## ORDER

Before the Court are two Recommended Dispositions ("Recommendations") from Magistrate Judge J. Thomas Ray (Dkt. Nos. 3, 5). On December 20, 2016, Judge Ray entered a Recommendation dismissing without prejudice Latrone Hicks' petition for a writ of habeas corpus for a failure to pay either the $5.00 filing fee in full or file a properly completed application to proceed *in forma pauperis* (Dkt. No. 3). On January 9, 2017, Mr. Hicks paid the required $5.00 filing fee, thus making the December 20, 2016, Recommendation moot (Dkt. No. 4). On October 13, 2017, Judge Ray entered a second Recommendation dismissing without prejudice Mr. Hicks' petition for writ of habeas corpus for lack of subject matter jurisdiction under 28 U.S.C. § 2241 (Dkt. No. 5). No objections have been filed, and the time for filing objections has passed. After careful review, this Court adopts the second Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 5).

It is therefore ordered that:

1. The Court denies the first Recommendation as moot (Dkt. No. 3).

2. The Court adopts the second Recommendation (Dkt. No. 5).

3. Mr. Hicks' petition for writ of habeas corpus is dismissed without prejudice because this Court lacks subject matter jurisdiction, and the requested relief is denied (Dkt. No. 1).

4. The Court will not issue a certificate of appealability because Mr. Hicks has not made a substantial showing of the denial of a constitutional right in a case over which this Court has subject matter jurisdiction. 28 U.S.C. § 2253(c).

So ordered this the 11th day of December, 2017.

_____
Kristine G. Baker
United States District Judge